1  Selina Valdez,
   MARC WHITEHEAD & ASSOCIATES, LLP
2  403 Heights Boulevard
3  Houston, Texas 77007
   Telephone: 713.228.8888
4  Facsimile: 713.225.0940
   Email: selina@marcwhitehead.com
5

6  Kevin Zietz, *Pro Hac Vice*
   16055 Ventura Blvd. Ste. 650
7  Encino, CA 91436
   Tel: (818) 981-9200
8

9  Attorneys for Plaintiff,
   Deborah Freeborn
10

11 ROBERT HESS (SBN 178042)
   rhess@maynardnexsen.com
12 MAYNARD NEXSEN LLP
   10100 Santa Monica Boulevard, Suite 550
13 Los Angeles, CA 90067
   Telephone: 319.596.4500
14

15 Attorney for Defendant,
   Metropolitan Life Insurance Company

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| DEBORAH FREEBORN, | Case No.: 2:24-cv-10513-CAS-Ex |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

///

///

///

## ORDER

The Court hereby dismisses this action with prejudice. Attorney's fees and costs shall be borne and taxed by the party incurring them.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: July 14, 2025

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT